Philip McGrady
MCGRADY LAW FIRM
P.O. Box 40
Park City, MT 59063
406-322-8647 (phone)
406-324-7313 (fax)
philip@mcgradylawfirm.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| CHARLES P. MCJUNKIN, deceased, by and through his executor and personal representative, RHETT MCJUNKIN, and RHETT MCJUNKIN, executor and personal representative, on behalf of the heirs of CHARLES P. MCJUNKIN, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES YEAGER d/b/a JIM YEAGER OUTFITTERS, <br><br> Defendants. | Cause No. CV-17-12-BLG-TJC <br><br> **STATEMENT OF STIPULATED FACTS** |

Pursuant to United States District Court Rule 16.2(b)(3), Plaintiffs and Defendants file the following Statement of Stipulated Facts.

1. Charles P. McJunkin (deceased) was the natural father of Rhett McJunkin, and at all times relevant hereto was a resident of the State of Georgia, County of DeKalb.

1

2. Defendant James Yeager d/b/a Jim Yeager Outfitters is a resident of Stillwater County, Montana.

3. At all times pertinent hereto, James Yeager d/b/a Jim Yeager Outfitters was engaged in the business of guiding clients on the rivers of Montana.

4. On July 17, 2014, Defendant took Charles P. McJunkin, who was a paying client, on a guided fishing trip on the Stillwater River in Stillwater County, Montana.

5. Charles P. McJunkin was 81 years old at the time.

6. Charles P. McJunkin drowned on July 17, 2014.

DATED this <u>19th</u> day of April, 2017.

ATTORNEYS FOR PLAINTIFF

By: <u>/s/ Philip McGrady</u>

ATTORNEYS FOR DEFENDANT

By: <u>/s/ Ross Tillman</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April 2017, a copy of the foregoing was filed electronically and was therefore served electronically on those persons and entities that have properly registered for such electronic service.

By: /s/ Philip McGrady
Philip McGrady