Ross D. Tillman
John M. Newman
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406)543-6646
Facsimile:  (406) 549-6804
rtillman@boonekarlberg.com
jnewman@boonekarlberg.com
*Attorneys for Defendant James Yeager*
 *d/b/a Jim Yeager Outfitters*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES P. McJUNKIN, deceased, by and through his executor and personal representative, RHETT McJUNKIN, and RHETT McJUNKIN, executor and personal representative, on behalf of the heirs of CHARLES P. McJUNKIN,<br><br>           Plaintiffs,<br><br>   v.<br><br>JAMES YEAGER d/b/a JIM YEAGER OUTFITTERS,<br><br>           Defendant. | Cause No. CV-17-12-BLG-SPW-TJC<br><br>**DEFENDANT JAMES YEAGER'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant

James Yeager d/b/a Jim Yeager Outfitters moves for summary judgment on all

1

counts in Plaintiffs' January 26, 2017 Complaint.  Pursuant to Rule 7.1(c)(1) of the District Court Local Rules, Plaintiffs have been contacted regarding the motion and it is opposed.  The motion is supported by the accompanying brief and statement of undisputed facts.

DATED this 12th day of February, 2018.

/s/Ross D. Tillman
Ross D. Tillman
BOONE KARLBERG P.C.
*Attorneys for Defendant James Yeager d/b/a Jim Yeager Outfitters*