IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES P. MCJUNKIN, deceased, by and through his executor and personal representative, RHETT MCJUNKIN, and RHETT MCJUNKIN, executor and personal representative, on behalf of the heirs of CHARLES P. MCJUNKIN,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES YEAGER d/b/a JIM YEAGER OUTFITTERS,<br><br>Defendant. | CV 17-12-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED.

DATED this 3rd day of December 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge