IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES P. MCJUNKIN, deceased, by and through his executor and personal representative, RHETT MCJUNKIN, and RHETT MCJUNKIN, executor and personal representative, on behalf of the heirs of CHARLES P. MCJUNKIN,<br><br>                Plaintiffs,<br><br>vs.<br><br>JAMES YEAGER d/b/a JIM YEAGER OUTFITTERS,<br><br>                Defendant. | CV 17-12-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 48), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 20th day of December 2018.

                                                  _____
                                                  TIMOTHY J. CAVAN
                                                  United States Magistrate Judge